Jelyse Langston-Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
Jplt1913@gmail.com

FILED
2013 MAR -7  AM 10: 04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jelyse Langston-Thomas )
*Plaintiff*

V.                   )   CASE NO. 5:12-cv-02127 VAP (DTBx)

                     )   PLAINTIFF'S NOTICE OF
American Agencies, LLC/   VOLUNTARY DISMISSAL OF
NRA Group, LLC            DEFENDANT American Agencies,
                     )   LLC/NRA Group, LLC
*Defendants*

                     )

                     )

///
///
///
///
///
///
///

COMES NOW Plaintiff Jelyse Langston-Thomas respectfully move this Honorable Court to dismiss the Complaint in the above captioned case without Prejudice as to Defendant American agencies, LLC/NRA Group, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This matter may be dismissed without prejudice and without an Order of the Court.

Respectfully Submitted,

Dated: March 5, 2013

_____
Jelyse Langston-Thomas,    Pro Se'

**CERTIFICATE OF SERVICE**

I, Jelyse Langston-Thomas, do hereby certify that on March 5, 2013, a copy of the forgoing document was sent via U.S. Mail to:

CARLSON & MESSER, L.L.P.
Attn: Grace Felipe
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA. 90045

_____
Jelyse Langston-Thomas