1  Jeanne L. Zimmer (SBN 123321)
   Zimmerj@cmtlaw.com
2  J. Grace Felipe (SBN 190893)
   Felipeg@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Blvd., Suite 1214
4  Los Angeles, CA 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   AMERICAN AGENCIES, LLC a wholly-owned
7  Subsidiary of NRA Group, LLC

8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10

11
   Jelyse Langston-Thomas,            )  CASE NO. 5:12-cv-02127-VAP-DTB
12                                    )
                  Plaintiff,          )  [Judge: Hon. Virginia S. Phillips]
13                                    )  [Magistrate: Hon. David T. Bristow]
        vs.                           )
14                                    )  **DECLARATION OF J. GRACE**
   American Agencies, LLC/ NRA        )  **FELIPE IN SUPPORT OF REQUEST**
15 Group, LLC,                        )  **FOR CONTINUANCE OF**
                                      )  **SCHEDULING CONFERENCE**
16                Defendants.         )
                                      )  Scheduling Conference:
17                                    )  Date:  April 29, 2013
                                      )  Time:  1:30 p.m.
18                                    )  Room: 2
                                      )
19 

20     I, J Grace Felipe, declare that I have personal knowledge of the information
21 set forth below, and called upon to testify, I could and would testify to the
22 following:
23     1.    I am an attorney-at-law, duly licensed to practice before all superior
24           and federal courts in the State of California.  I am an associate with the
25           law firm of CARLSON & MESSER LLP, attorneys-of-record for
26           Defendant AMERICAN AGENCIES, LLC a wholly-owned Subsidiary
27           of NRA Group, LLC ("Defendant").
28 / / /

1

2. I submit this Declaration in support of Defendant's Request for a Continuance of the Scheduling Conference currently set for April 29, 2013.

3. On January 25, 2013, Defendant filed an Answer (Docket No. 6) to the Complaint (Docket. No. 3).

4. On February 1, 2013, the Court issued an Order Setting Scheduling Conference (Docket No. 9). The Order set the Rule 16(b) Scheduling Conference on April 29, 2013, at 1:30 p.m. before the Honorable Judge Virginia A. Phillips.

5. On March 7, 2013, Plaintiff Pro Se, Jelyse Langston-Thomas ("Plaintiff") filed Plaintiff's Notice of Voluntary Dismissal of Defendant (Docket No. 11).

6. Pursuant to *Federal Rule of Civil Procedure* Rule 41(a)(1)(A), Plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party served an answer.

7. Since Defendant filed and served an Answer, an action may be dismissed at the Plaintiff's request only by a Court order. *Federal Rule of Civil Procedure* Rule 41(a)(2).

8. I caused a letter enclosing a proposed Stipulation and Order for Dismissal to be sent to Plaintiff.

9. To date, Plaintiff has not returned the Stipulation for Dismissal signed, and Plaintiff has not submitted a proposed Order for Dismissal with the Court.

10. To date, the Court has not ordered Plaintiff's action dismissed.

11. Defendant seeks to contact Plaintiff and obtain a dismissal of the entire action before it is required to appear for a Scheduling Conference in this case.

///

2

12. In light of Plaintiff's intention to dismiss her action, Defendant would like to avoid an unnecessary appearance for a Scheduling Conference.

13. Defendant thereby seeks a continuance of the April 29th Scheduling Conference as Defendant attempts to get the proper pleadings on file in order for the Court to dismiss the action.

14. This is the *first* request for a continuance of the Scheduling Conference.

15. I am informed that this honorable Court only conducts Rule 16 Scheduling Conferences on Monday afternoons at 1:30 p.m.

16. Defendant has another case, *Deon L. Thomas v. American American Agencies, LLC*, Case No. EDCV12-2128 VAP (OPx) which is also assigned to the Honorable Judge Virginia A. Phillips and set for a Scheduling Conference on May 20, 2013, at 1:30 p.m.

17. Defendant filed a Notice of Related Case (Docket No. 10) involving this case and *Deon L. Thomas v. American American Agencies, LLC*, Case No. EDCV12-2128 VAP (OPx).

18. Defendant contends that this action should be heard concurrently with *Deon L. Thomas v. American American Agencies, LLC*, Case No. EDCV12-2128 VAP (OPx) or that the Scheduling Conference in this action be continued to May 20th as Defense counsel will be appearing in this Court on *Deon L. Thomas v. American American Agencies, LLC*, Case No. EDCV12-2128 VAP (OPx).

///
///
///
///
///
///

19. Based upon good cause and the foregoing, Defendant respectfully requests that the Scheduling Conference scheduled for April 29, 2013, at 1:30 p.m. be continued until May 20, 2013, at 1:30 p.m.

Executed this 22nd day of April, 2013 in Los Angeles, California.

By: /s/ J. Grace Felipe
J. Grace Felipe,
Declarant

# PROOF OF SERVICE

STATE OF CALIGORNIA  )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA 90045.

On **April 22, 2013,** I served the foregoing document(s) described as: **DECLARATION OF J. GRACE FELIPE IN SUPPORT OF REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE AND [PROPOSED] ORDER** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]  **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]  **ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **PERSONAL SERVICE BY HAND:** I personally served such document to address stated on POS Service List.

[ ]  **BY FACSIMILE-** I transmitted via telecopier machine such document to the offices of the addressees.

[ ]  **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **22nd** day of **April, 2013**, at Los Angeles, California.

*Kathryn A. Brown*
Kathryn A. Brown

1
PROOF OF SERVICE

## SERVICE LIST
### Langston-Thomas, Jelyse v. American Agencies LLC/NRA Group, LLC
### File No.: 07385.00

Jelyse Langston-Thomas  **PRO SE PLAINTIFF**
14626 Red Gum Street
Moreno Valley, CA  92555
Email: Jplt1913@gmail.com