UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jelyse Langston-Thomas,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>American Agencies, LLC/ NRA Group, LLC,<br><br>　　　　　Defendants. | CASE NO.  5:12-cv-02127-VAP-DTB<br><br>[Judge: Hon. Virginia A. Phillips]<br>[Magistrate: Hon. David T. Bristow]<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

　　　The Court has reviewed the request of Defendant AMERICAN AGENCIES, LLC/NRA GROUP, INC. to continue the Scheduling Conference scheduled on April 29, 2013, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1     Based upon good cause the court grants Defendant's request that the
2 Scheduling Conference scheduled for April 29, 2013, at 1:30 p.m. be continued until
3 May 20, 2013, at 1:30 p.m.

**IT IS SO ORDERED**

DATED: April 24, 2013

*/s/ Virginia A. Phillips*
UNITED STATES DISTRICT JUDGE