**P-SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 12-02127-VAP (DTBx)                           Date:  May 7, 2013

Title:   JELYSE LANGSTON-THOMAS v. AMERICAN AGENCIES, LLC/NRA GROUP INC.

PRESENT:  HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                 None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:             ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                 NO APPEARANCE

PROCEEDINGS:    ORDER TO SHOW CAUSE RE DISMISSAL

   On March 7, 2013, Plaintiff filed a "Notice of Voluntary Dismissal of Defendant" (Doc. No. 11.  Pursuant to F.R.Civ.P. 41(a)(1)(A), as Defendant filed an Answer to the Complaint on January 25, 2013, a court order is needed to dismiss this action.  Accordingly, the Court now Orders the Plaintiff to Show Cause why this action should not be dismissed in its entirety, in writing, no later than May 15, 2013.  Failure to respond timely will result in the dismissal of the action.

   **IT IS SO ORDERED.**

MINUTES FORM 90                                                    Initials of Deputy Clerk md
CIVIL -- GEN