Jelyse Langston-Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
Email: Jplt1913@gmail.com

PLAINTIFF PRO SE

Jeanne L. Zimmer (SBN 123321)
Zimmerj@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
AMERICAN AGENCIES, LLC a wholly-owned
Subsidiary of NRA Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jelyse Langston-Thomas,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>American Agencies, LLC/ NRA Group, LLC,<br><br>　　　　Defendants. | CASE NO. 5:12-cv-02127-VAP-DTB<br><br>*Assigned to Courtroom 2*<br>*The Hon. Virginia A. Phillips*<br>*Magistrate Judge David T. Bristow*<br><br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Pro Se, JELYSE LANGSTON-THOMAS and Defendant, AMERICAN AGENCIES, LLC/NRA GROUP, LLC ("NRA") through its counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule

/ / /

1  41(a)(1) of the Federal Rules of Civil Procedure.

3  DATED: May 13, 2013        BY: _____
4                                  Jelyse Langston-Thomas
                                   Plaintiff Pro Se

7  DATED: May 13, 2013        CARLSON & MESSER LLP

9                              By _____
10                                Jeanne L. Zimmer
                                  J. Grace Felipe
11                                Attorneys for Defendant,
                                  AMERICAN AGENCIES, LLC a wholly-
12                                owned Subsidiary of NRA Group, LLC

2