JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jelyse Langston-Thomas,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>American Agencies, LLC/ NRA Group, LLC,<br><br>　　　　Defendants. | CASE NO. 5:12-cv-02127-VAP-DTB<br><br>[PROPOSED] **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff Pro Se JELYSE LANGSTON-THOMAS and Defendant AMERICAN AGENCIES, LLC/NRA GROUP, LLC to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: May 13, 2013

Virginia A. Phillips
UNITED STATES DISTRICT JUDGE